UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK MCCORMICK,

    Plaintiff,

v.

Case No. 23-cv-10254
Hon. Matthew F. Leitman

DURHAM SCHOOL SERVICES, LP,

    Defendant.

_____/

**ORDER DENYING DEFENDANT'S**
**MOTION FOR SUMMARY JUDGMENT (ECF No. 19)**

On November 25, 2024, the Court held a hearing on Defendant Durham School Services, LP's Motion for Summary Judgment. (*See* Mot., ECF No. 19.) For the reasons stated on the record at the hearing, Defendant's motion is **DENIED**.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 25, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 25, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126